IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–11–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ERIC BRANDON WRIGHT, | |
| Defendant. | |

Defendant Eric Brandon Wright having moved unopposed to quash the arrest warrant in the case and for a summons to be issued,

IT IS ORDERED that the motion (Doc. 5) is GRANTED. The March 6, 2025 arrest warrant, (Doc. 4), is QUASHED. The Clerk is directed to issue a summons for Wright's initial appearance.

DATED this 28th day of March, 2025.

_____
Donald W. Molloy, District Judge
United States District Court