IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-11-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| ERIC BRANDON WRIGHT, | |
| Defendant. | |

Defendant Eric Brandon Wright having failed to appear at the September 18, 2025 final pretrial conference as ordered, (*see* Doc. 30), and an arrest warrant having been issued for the violation of the conditions of his pretrial supervision, (*see* Docs. 29, 31, 32),

IT IS ORDERED that the September 22, 2025 jury trial is VACATED. Trial shall be reset by future order. *See* 18 U.S.C. § 3161(h)(3)(A).

IT IS FURTHER ORDERED that the petition to revoke, order granting, and arrest warrant (Docs. 29, 31, 32) are UNSEALED.

DATED this 18th day of September, 2025.

Donald W. Molloy, District Judge
United States District Court